**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Aubrey DAVIS, Defendant–Appellant.**

**No. 06–31302**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

Gregory M. Kennedy, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Laurie Anne White, Laurie A. White & Associates, New Orleans, LA, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Aubrey Davis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Davis has filed a response. The record is insuffi-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ciently developed to allow consideration at this time of Davis's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Davis's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Davis's motion to withdraw the *Anders* brief and appoint new counsel is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.